**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Rielson Vinicius De Araujo-Almeida,**<br>**Petitioner,**<br><br>**v.**<br><br>**J.L. Jamison, John E. Rife, Markwayne**<br>**Mullin, Todd Blanche, U.S. Department of**<br>**Homeland Security, and Executive Office of**<br>**Immigration Review,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  26-3625** |

## O R D E R

**AND NOW**, this 4th day of June, 2026, in light of the Government's Certification of

Compliance with the Court's Order (ECF No. 6), **IT IS HEREBY ORDERED** that the Clerk of

Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.


**BY THE COURT:**


**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**